## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARLOS GONZALEZ,

               *Plaintiff,*

    v.

MIKE DALY, et al.,

               *Defendants.*

CIVIL ACTION

NO. 20-4531

### ORDER

**AND NOW**, this 15th day of September 2022, upon consideration of Defendants'

Motion for Sanctions seeking dismissal for failure to prosecute (ECF 63), it is hereby

**ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED** and the Clerk of

Court shall **CLOSE** it.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.